UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO.: 07-53-KKC

UNITED STATES OF AMERICA,                                              PLAINTIFF,

VS:                              **OPINION & ORDER**

GILBERT TIMOTHY ALLEN,                                                DEFENDANT.

This matter is before the Court upon the Motion to Suppress and Exclude Evidence [R. 12] filed by the Defendant. The matter was then referred to the United States Magistrate Judge for consideration.

On August 17, 2007, the Magistrate Judge filed his Report and Recommendation [R. 35]. Based on a review of the record and applicable law, the Magistrate Judge recommended that Defendant's motion should be denied and gave the Defendant ten (10) days to file objections.

Defendant has filed no objections to the Magistrate Judge's Report and Recommendation [R. 35]. This Court must make a *de novo* determination of those portions of the Magistrate Judge's proposed report and recommendation to which objection is made. 28 U.S.C. § 636(b)(1)(C). Since the Defendant has made no objections to the Report and Recommendation [R. 35], the Court hereby adopts the Magistrate Judge's proposed findings of fact and conclusions of law.

Accordingly, the Court, being otherwise sufficiently advised, **HEREBY ORDERS** that:

(1)  The Magistrate Judge's Report and Recommendation [R. 35] is hereby **ADOPTED** as the opinion of the Court; and

(2)  The Motion to Suppress and Exclude Evidence [R. 12] is hereby DENIED.

(3)  A Pretrial Conference is scheduled to be heard on **October 26, 2007 at 1:00 p.m.** in London, Kentucky. A Jury Trial will begin on **November 13, 2007 at 9:00 a.m.** Should the defendant wish to change his plea, an appropriate motion should be filed **seven** days prior to the Pretrial Conference.

Dated this 1st day of October, 2007.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge